UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

DIONNE K. THOMPSON,

        Plaintiff,

-v-                                        No. 11 Civ. 5635 (LTS)(RLE)

AMERIFLEX, et al.,

        Defendants.

------------------------------------------------------x

## ORDER

        The Clerk of Court is hereby ordered to terminate the following pending motions: Plaintiff's Request for an Extension of Time to Serve Summons (docket entry no. 26); Plaintiff's Motion for Ameriflex's Default Judgment (docket entry no. 32); Plaintiff's Motion for Ameriflex's Default Judgment (docket entry no. 51); and Plaintiff's Motion for an Extension of Time to File the Default Judgment (docket entry no. 59).

        Plaintiff's Request for an Extension of Time to Serve the Summons on Defendant Ameriflex is denied as moot because the Summons and Amended Complaint were served on Ameriflex on April 19, 2012, (docket entry no. 27). Plaintiff's Motion for Ameriflex's Default Judgment filed on May 22, 2012, and Plaintiff's Motion for Ameriflex's Default Judgment filed on June 26, 2012, were resolved by the Court's Order on July 12, 2012, which instructed Plaintiff how to properly move for default judgment in accordance with the undersigned's Individual Practice Rules. Plaintiff's Motion for an Extension of Time to File Default Judgment is denied as moot because after the Court's Order instructing the Plaintiff how to properly move

for a default judgment, she moved for default judgment again on August 30, 2012.

This Order resolves docket entry numbers 26, 32, 51 and 59.

SO ORDERED

Dated: New York, New York
       January 10, 2013

/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN
United States District Judge